FILED
CLERK, U.S. DISTRICT COURT

DEC 27 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE, | Case No. CV 11-8171 DSF(JC) |
| Petitioner, | (~~PROPOSED~~) |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MIKE MCDONALD, Warden, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS ORDERED that the Petition is denied and this action is dismissed without prejudice because it is successive, petitioner did not obtain the requisite

1  authorization from the Court of Appeals to file a successive petition, and this
2  Court lacks jurisdiction to consider it.
3      IT IS FURTHER ORDERED that the Clerk of the Court shall refer the
4  Petition to the United States Court of Appeals for the Ninth Circuit (the "Ninth
5  Circuit") pursuant to Ninth Circuit Rule 22-3(a).
6      IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,
7  the United States Magistrate Judge's Report and Recommendation, and the
8  Judgment herein on petitioner and on counsel for respondents.
9      LET JUDGMENT BE ENTERED ACCORDINGLY.
10 DATED: 12-27-11

                                */s/ Dale S. Fischer*
                                HONORABLE DALE S. FISCHER
                                UNITED STATES DISTRICT JUDGE