FILED
CLERK, U.S. DISTRICT COURT

DEC 27 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RICHARD JOSEPH CRANE, | ) Case No. CV 11-8171 DSF(JC) |
|---|---|
| Petitioner, | ) ~~(PROPOSED)~~ |
| v. | ) JUDGMENT |
| MIKE MCDONALD, Warden, et al., | ) |
| Respondents. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: 12-27-11

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE